[No. 54170-6-I. Division One. April 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAAC TERREL STRONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10308-8, Richard McDermott, J., entered April 9, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54239-7-I. Division One. April 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAVONDIA TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05452-2, Paris K. Kállas, J., entered April 23, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54318-1-I. Division One. April 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD R. EARL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-09466-4, Carol A. Schapira, J., entered May 3, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington, A.C.J., and Baker, J.

[Nos. 54536-1-I; 54786-1-I. Division One. April 25, 2005.]

SCOTT WYATT, *Respondent*, v. ANTHONY YORK ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 00-2-18082-9, Michael Heavey, J., entered June 15, 2004. *Reversed* by unpublished per curiam opinion.